# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-503-DCK

| | |
|---|---|
| RHONDA BLANTON, on her own behalf, HENRY BLANTON, on his own behalf, and on behalf of their minor children, H.B., R.B., and J.B., <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>CINEMARK USA, INC. and d/b/a CINEMARK MOVIES 10, <br><br>　　　　Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Joint Notice Of Settlement" (Document No. 10) notifying the Court that the parties reached a settlement on December 31, 2019. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **January 31, 2020**.

**SO ORDERED**.

Signed: January 3, 2020

David C. Keesler
United States Magistrate Judge