# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL CASE NO: 3:19-CV-503-DCK

| | |
|---|---|
| **RHONDA BLANTON and HENRY BLANTON,** on behalf of themselves and their minor children, H.B., R.B., and J.B. | )<br>)<br>)<br>) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| **CINEMARK USA, INC., and CINEMARK MOVIES 10,** | )<br>)<br>) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** regarding scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

This matter is currently scheduled for a hearing on July 17, 2020 to consider the "Joint Petition For Approval Of Minor Settlement…" (Document No. 15). Reluctantly, the undersigned must again postpone a hearing in this matter. Due to scheduling conflicts, and ongoing concerns about the impact of the COVID-19 virus, the undersigned has decided to again delay a hearing on the "Joint Petition…." The Court regrets any inconvenience this may cause the parties and/or their counsel.

The Court will again direct counsel and Ms. Isenhour to confer before the next hearing date and file a joint motion or status report. See (Document Nos. 23 and 24). Counsel's filing should identify: (1) all persons whose attendance is necessary at a hearing regarding approval of settlement; (2) who is available and planning to appear in person; (3) and who, if anyone,

moves for leave to attend via telephone or video conference. In addition, counsel's filing should note the parties' and Ms. Isenhour's joint consent, or explain any areas of disagreement.

**IT IS, THEREFORE, ORDERED** that counsel for the parties and Guardian Ad Litem Penny Isenhour shall appear before the Court at 401 West Trade Street, Courtroom 1-1, Charlotte, North Carolina at **2:00 p.m.** on **September 2, 2020** prepared to address the "Joint Petition For Approval Of Minor Settlement…" (Document No. 15)

**IT IS FURTHER ORDERED** that the parties shall make a filing regarding attendance at the hearing, as directed herein, on or about **August 21, 2020**.

**SO ORDERED**.

_____
David C. Keesler
United States Magistrate Judge

Signed: June 30, 2020